# EXHIBIT E



Exhibit E
Page 17