UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                                JS6

| Case No. | CV 16-3036-TJH(AGRx) | Date | AUGUST 2, 2017 |

| Title | MOBILE HI-TECH WHEELS v. DFD WHEELS |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

None Present                                              None Present

**Proceedings:   IN CHAMBERS - DISMISSAL OF ACTION FOR LACK OF PROSECUTION**

Plaintiff filed a Complaint with the Court on May 3, 2016. On June 13, 2017, the Court issued an Order to Show Cause Re: Dismissal for lack of prosecution.

The Court's Order specifically warned Plaintiff that failure to serve the Complaint within 120 days as required would result in this dismissal of this action if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than July 19, 2017.

As of the date of this Order, Plaintiff has not filed a noticed motion for entry of default judgment or otherwise responded to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice.

IT IS SO ORDERED.

cc: all parties